IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| IN THE MATTER OF: ) | |
| ) | CASE NUMBER:  16-00173-5-JNC |
| PATRICIA JENKINS ) | CHAPTER 13 |
| Debtor ) | |

**OBJECTION TO CLAIM NUMBER 3 OF INTERNAL REVENUE SERVICE**

_____

      COMES NOW, Patricia Jenkins, the debtor herein, by and through her attorney, and hereby objects to the allowance of the claim number 3 of Internal Revenue Service filed herein in the amount of $1,132.08 upon the following grounds:

    1.  That on or about February 10, 2016, Internal Revenue Service filed claim number 3 in the amount of $1,132.08 indicating that said amount included amounts owed for 2013 taxes as unassessed-no return filed.

    2.  That the debtor did not work, and received no income in 2013.

    WHEREFORE, Patricia Jenkins request that claim number 6 of Internal Revenue Service in the amount of $1,132.08 be disallowed.

    Date: March 9, 2016

                                        /s/ LESLIE LOCKE CRAFT
                                        Leslie Locke Craft
                                        Attorney for Debtors
                                        3202 B Sunset Avenue
                                        Rocky Mount, NC  27804
                                        (252)-443-0885

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Objection to Proof of Claim was served upon:

| | |
|---|---|
| Patricia Jenkins<br>2605 Calvin Way<br>Greenville, NC 27834 | served by U.S. mail |
| Richard Stearns, Trustee | served electronically |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA  19101-7346<br>ATTN:  Managing Agent/Officer | served by mail |
| Office of the Attorney General<br>950 Pennsylvania Avenue NW<br>Washington DC  20530<br>ATTN:  Managing Agent/Officer | served by mail |
| United States Attorney<br>Suite 800, Federal Building<br>310 New Bern Avenue<br>Raleigh, NC  27601-1461<br>ATTN:  Civil Process Clerk | served by mail |

By depositing the same in a postpaid wrapper properly addressed to each such party or his attorney of record in a post office or other depository under the exclusive care and custody of the United States Postal Service and/or by electronic mail, if applicable.

DATE:  March 9, 2016

/s/Leslie Locke Craft
LESLIE LOCKE CRAFT
3202 B Sunset Avenue
Rocky Mount, NC  27804
Telephone: (252) 443-0885

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | CASE NUMBER:  16-00173-5-JNC |
| PATRICIA JENKINS | ) | CHAPTER 13 |
| Debtor | ) | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**NOTICE OF OBJECTION TO PROOF OF CLAIM**

TO:  PARTIES IN INTEREST

NOTICE IS HEREBY GIVEN of the Objection to Proof of Claim and Notice of Objection filed herewith by Debtor in the above captioned case; and

FURTHER NOTICE IS HEREBY GIVEN that if you fail to respond or otherwise plead or request a hearing within **30 days** from the date of this notice, the relief requested in the Objection to Proof of Claim may be granted without further hearing or notice; and

FURTHER NOTICE IS HEREBY GIVEN that if a response and a request for a hearing is filed by the parties in interest named herein in writing within the time indicated, a hearing will be conducted on the Objection to Proof of Claim and response thereto at a date, time and place to be later set by this Court and all interested parties will be notified accordingly.

DATE OF NOTICE:  March 9, 2016

/s/ Leslie Locke Craft
LESLIE LOCKE CRAFT
Attorney for Debtor
N. C. State Bar # 13021
3202 B Sunset Avenue
Rocky Mount, NC  27804